**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────

**No. 09-1476**

───────

SAMUEL H. SLOAN, a/k/a M. Ismail Sloan,

        Plaintiff - Appellant,

        v.

CHRISTOPHER P. SMITH; J. L. AYERS, III, Sheriff; MICHAEL W.
COX; WILLIAM STARKE MUNDY, III; JAMES C. TURK; WILLIAM G.
PETTY; RICHARD S. MILLER; ROY B. WILLETT; LAWRENCE JANOW;
MICHAEL GAMBLE; STEPHEN R. PATTISON;  RAY FITZGERALD; JOHN
P. BUTLER; EUGENE WINGFIELD; FRANK G. DAVIDSON, III; RICHARD
GROFF; LISA L. SCHENKEL; KILLIS  B.  HOWARD; SUE H. ROE;
CATHERINE H. KENNEDY; DORCHEN LEIDHOLDT; ROSEMONDE PIERRE-
LOUIS; ALEXANDER KARAM; SALVATORE J. MODICA; LANE VANCE;
VERIO.NET; KHALID SHAIKH MUHAMMED; GEORGE W. BUSH; GEORGE
H.W. BUSH; UNITED STATES DEPARTMENT OF JUSTICE; UNITED
STATES OF AMERICA; LEIGHTON S. HOUCK; CHARLES ROBERTS; JAY
ROBERTS,

        Defendants - Appellees.

───────

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Norman K. Moon, District
Judge.  (6:09-cv-00005-NKM)

───────

Submitted: August 20, 2009          Decided: August 24, 2009

───────

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

───────

Affirmed by unpublished per curiam opinion.

───────

Samuel H. Sloan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel H. Sloan appeals the district court's order dismissing as frivolous this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sloan v. Smith, No. 6:09-cv-00005-NKM (W.D. Va. Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3